IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

Case Number: 3:23-cv-00230

GS HOLISTIC, LLC,

        Plaintiff,

v.

NIMEX TRADING CORPORATION d/b/a
HI - LIFE SMOKE SHOP and KARA T
WAHEB,

        Defendants.
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, GS HOLISTIC, LLC, by and through its undersigned counsel, hereby provides notice to the Court that all parties have settled all claims in this matter and are finalizing a Confidential Settlement Agreement. The Plaintiff will soon dismiss this case, upon finalization of the agreed upon terms of the Settlement Agreement.

Date: September 25, 2023

        Respectfully submitted,

        */s/ Sanjay K. Minocha*
        Sanjay K. Minocha
        Texas Bar # 24065763
        Minocha Law Firm PLLC
        3300 Oak Lawn Avenue
        Suite 700
        Dallas, Texas 75219
        Serv604@LegalBrains.com
        Telephone: 561-232-2222
        *Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 25, 2023, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.

*/s/ Sanjay K. Minocha*
Sanjay K. Minocha